# IN THE UNITED STATE DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISON

| | |
|---|---|
| JOHNNIE HOGAN,<br><br>      Plaintiff,<br><br>vs.<br><br>DEERE AND COMPANY (d/b/a JOHN DEERE DES MOINES WORKS), CAMILE COLON, JAKE OAKLAND, and KRISTI CHRISTENSEN,<br><br>      Defendants. | **CASE NO. 4:22-cv-00405**<br><br>**JOINT MOTION TO STAY PROCEEDINGS** |

COME NOW the Parties, jointly, and hereby request the Court to enter a stay of all federal proceedings during the pendency of the state action, until the Parties agree that the stay should be lifted, or as otherwise ordered by the Court.


Respectfully Submitted,

*/s/ Roxanne Conlin*
ROXANNE CONLIN AT0001642
DEVIN C. KELLY AT0011691
ROXANNE CONLIN & ASSOCIATES, P.C.
3721 SW 61st Street, Suite C
Des Moines, IA 50321-2418
Phone: (515) 283-1111; Fax: (515) 282-0477
Email: roxanne@roxanneconlinlaw.com
         dkelly@roxanneconlinlaw.com
cc: dpalmer@roxanneconlinlaw.com
**ATTORNEYS FOR PLAINTIFF**

  */s/ Kenneth R. Munro*
Kenneth R. Munro
MUNRO LAW OFFICE, P.C.
4844 Urbandale Avenue, Suite B
Des Moines, IA 50310

Email: ken.munro@munrolawoffice.com
**ATTORNEY FOR DEFENDANT JAKE OAKLAND**

　　*/s/ Michele L. Brott*
Michele L. Brott, AT0010068
Logan Kraus, AT0013433
DENTONS DAVIS BROWN P.C.
The Davis Brown Tower
215 10th Street, Suite 1300
Des Moines, Iowa 50309-3993
Telephone: (515) 288-2500
Facsimile: (515) 243-0654
Email: michele.brott@dentons.com
Email: logan.kraus@dentons.com
**ATTORNEYS FOR DEFENDANTS DEERE AND COMPANY, CAMILE COLON AND KRISTI CHRISTENSEN**

---

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the below noted parties, or their counsel, to the above cause by serving each at their respective addresses below on February 20, 2023.

| | |
|---|---|
| ☐ U.S. Mail | ☐ Fax |
| ☐ Hand-delivered | X Email |
| ☐ Other: _____ | |

Signature: */s/ Devin C. Kelly*_____