IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISON

| | |
|---|---|
| JOHNNIE HOGAN,<br><br>    Plaintiff,<br><br>v.<br><br>DEERE AND COMPANY (d/b/a JOHN DEERE DES MOINES WORKS), CAMILE COLON, JAKE OAKLAND, and KRISTI CHRISTENSEN,<br><br>    Defendants. | CASE No. 4:22-cv-00405<br><br><br>**DISMISSAL WITH PREJUDICE** |

COMES NOW Plaintiff, by and through counsel, and hereby voluntarily dismisses

Camile Colon, Jake Oakland, and Kristi Christensen **with** prejudice.

Respectfully submitted,

*/s/ Roxanne Conlin*
ROXANNE CONLIN, AT0001642
DEVIN C, KELLY, AT0011691
ROXANNE CONLIN & ASSOCIATES, P.C.
3721 SW 61st Street, Suite C
Des Moines, IA 50321-2418
Phone: (515) 283-1111; Fax: (515) 282-0477
Email: roxanne@roxanneconlinlaw.com,
    dkelly@roxanneconlinlaw.com,
cc:  dpalmer@roxanneconlinlaw.com
ATTORNEYS FOR PLAINTIFF

Efiled with copy via EDMS to:

Kenneth R. Munro
MUNRO LAW OFFICE, P.C.
4844 Urbandale Avenue, Suite B
Des Moines, IA 50310
Phone: (515) 279-0443 Fax: (515) 279-0445
Email: ken.munro@munrolawoffice.com
ATTORNEY FOR DEFENDANT JAKE OAKLAND

Michele L. Brott
Logan Kraus
DAVIS BROWN P.C.
The Davis Brown Tower 215 10th Street, Suite 1300
Des Moines, Iowa 50309-3993
Telephone: (515) 288-2500
Facsimile: (515) 243-0654
Email: michele.brott@dentons.com
Email: logan.kraus@dentons.com
ATTORNEYS FOR DEFENDANTS DEERE AND COMPANY, CAMILE COLON AND KRISTI CHRISTENSEN