IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JOHNNIE HOGAN,<br><br>Plaintiff,<br><br>vs.<br><br>DEERE AND COMPANY (D/B/A JOHN DEERE DES MOINES WORKS), STACY ALGER, CAMILE COLON, JAKE OAKLAND, and KRISTI CHRISTENSEN,<br><br>Defendants. | 4:22-cv-00405-SMR-HCA<br><br>ORDER CANCELING ALL DEADLINES AND HEARINGS AND FOR CLOSING DOCUMENTS |

The parties have notified the Court that a settlement agreement has been reached as of September 12, 2023. Accordingly, all deadlines and hearings are canceled.

Closing documents shall be filed by October 12, 2023. If no closing documents are filed, pursuant to LR 41(c) the Court may order dismissal of this action without further notice. Within 60 days of a dismissal order, either party may petition to have the case reinstated after showing good cause as to why settlement was not in fact consummated.

IT IS SO ORDERED.

Dated September 12, 2023.

Helen C. Adams
Chief U.S. Magistrate Judge